AO 199A (Rev. 12/11- EDCA [Fresno]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
for the
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>v.                                                            )<br>                                                                )     Case No.     6:15-mj-088-MJS<br>GREGORY BATTERTON,                 ) | |

### ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence t the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) The defendant must appear at:   U.S. District Court, Yosemite on December 15, 2015 at 10:00 AM

(5) Rule 43 waiver entered for pretrial matters only.

(6)   Defendant shall not have contact with co-defendant, Belinda Kwan, directly or in-directly, through mail, any electronic means, phone or via third party.

(7)   Defendant shall stay 300 yards away from co-defendant.

(8)   Defendant may be present on October 12, 2015, while co-defendant visits defendant's property to schedule a transfer of property. At that time, co-defendant will take all her belongings, including two cats.

(9)   Defendant shall have pistol given to police officer during co-defendant's visit to his residence. If police officer not able to take custody of pistol, defendant shall arrange to have another third party take custody; subject to the approval of attorney and prosecutor, while co-defendant removes personal property from his

AO 199A (Rev. 12/11- EDCA [Fresno])  Order Setting Conditions of Release- Misd.

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: OCT 7TH 2015

*Defendant's signature*

Date: October 7, 2015

/s/ Michael J. Seng
*Judicial Officer's Signature*

Michael J. Seng
*Printed name and title*