Susan St. Vincent
Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GREGORY ALLAN BATTERTON,

Defendant.

CASE NO. 6:15-MJ-088-MJS

STIPULATION TO VACATE BENCH TRIAL; AND ORDER THEREON

IT IS HEREBY STIPULATED by and between Matthew McNease, the acting legal officer for the National Park Service, and Defendant Gregory Allan Batterton, by and through his attorney of record, Erin Snider, that the Bench Trial in the above-captioned matter set for May 10, 2016, be vacated as the parties have reached a resolution where Defendant will be issued a bailable citation for Disorderly Conduct.

Dated: April 12, 2016

/S/ Matthew McNease
Matthew McNease
Acting Legal Officer
Yosemite National Park

Dated: April 12, 2016

/S/ Erin Snider
Erin Snider
Attorney for Gregory Allan Batterton

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the Bench Trial for *U.S. v. Gregory Allan Batterton*, case number 6:15-mj-088-MJS, is hereby vacated.

IT IS SO ORDERED.

Dated: April 13, 2016

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE