1 Susan St. Vincent
Legal Officer
2 Matthew McNease
Legal Officer
3 NATIONAL PARK SERVICE
Legal Office
4 P.O. Box 517
Yosemite, California  95389
5 Telephone:  (209) 372-0241
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  6:15-mj-088-MJS |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| GREGORY ALLAN BATTERTON, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice. The government and defendant reached an alternative resolution wherein defendant was issued a bailable citation for disorderly conduct: noise, which he has already paid.

Dated:  May 20, 2016          NATIONAL PARK SERVICE

                                                  /S/ Matthew McNease
                                                Matthew McNease
                                                Acting Legal Officer

1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Gregory Allan Batterton,* 6:15-mj-088-MJS, be dismissed, without prejudice.

IT IS SO ORDERED.

Dated:   May 24, 2016                    /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE